1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Christopher E. Brumfiel (SBN 214866)
   E-mail: cbrumfiel@bwslaw.com
3  Jackson D. Morgus (SBN 318453)
   E-mail: jmorgus@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel: 510.273.8780   Fax: 510.839.9104
6
7  Attorneys for Defendants
   COUNTY OF ALAMEDA and SUMEET CHAGGER
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; SUMEET CHAGGER, individually and in his capacity as an employee for COUNTY; DEATE ROGERS, individually and in his capacity as an employee for COUNTY; NEAL EDWARDS, individually and in his capacity as an employee for COUNTY; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 4:24-cv-01961-JST<br><br>**[PROPOSED]** ORDER DISMISSING ACTION<br><br>Judge:　Honorable Jon S. Tigar<br><br>Action Filed:　March 29, 2024<br>Trial Date:　TBD |

Based on the stipulation filed by Plaintiff and Defendants COUNTY OF ALAMEDA and SUMEET CHAGGER on May 13, 2025 (ECF No. 82 – **Attached as Exhibit A**), this action is hereby dismissed with prejudice. Each side to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: May 13, 2025

_____
THE HONORABLE JON S. TIGAR

# EXHIBIT A

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Jackson D. Morgus (SBN 318453)
E-mail: jmorgus@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA and SUMEET CHAGGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; SUMEET CHAGGER, individually and in his capacity as an employee for COUNTY; DEATE ROGERS, individually and in his capacity as an employee for COUNTY; NEAL EDWARDS, individually and in his capacity as an employee for COUNTY; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 4:24-cv-01961-JST<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:   Honorable Jon S. Tigar<br><br>Action Filed:   March 29, 2024<br>Trial Date:    TBD |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff of the above-entitled action and Defendants COUNTY OF ALAMEDA and SUMEET CHAGGER, by and through counsel of record, hereby stipulate to dismiss Plaintiff's remaining claims in this action with prejudice, each party bearing their own attorney's fees and costs.

Dated: May 13, 2025                     BURKE, WILLIAMS & SORENSEN, LLP

By:     */s/ Gregory B. Thomas*
Gregory B. Thomas
Christopher E. Brumfiel
Jackson D. Morgus
Attorneys for Defendants
COUNTY OF ALAMEDA and SUMEET CHAGGER

Dated: May 13, 2025                     POINTER & BUELNA, LLP

By:     */s/ Patrick M. Buelna*
Adante D. Pointer
Patrick M. Buelna
Ty Clarke
Matthew Norman
Attorneys for Plaintiff

**DECLARATION REGARDING AUTHORIZATION**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By:     */s/ Gregory B. Thomas*
Gregory B. Thomas